Mr. Justice STRONG
 

 delivered the opinion of the court.
 

 Wo have just decided in the case of the
 
 United States
 
 v.
 
 Ten Lots of Ground, the property of C. M. Conrad
 
 (it being a. writ of error sued-out by the United States), that the -judgment of the Circuit Court was erroneous, and reversed it, ordering that the decree of confiscation be- affirmed. This leaves nothing upon which the present writ of error can act. The judgment having been reversed, the order of confirmation of the sale, as well as tho.ordcr of distribution, fall with it. We can,-therefore, only repeat the judgment given in the former case, which was a judgment of reversal.
 

 Judgment reversed.'-
 

 
 *117
 
 Justices CLIFFORD, DAVIS, and FIELD dissented from the judgment rendered, and wore of opinion that only so much of the judgment of the Circuit Court should bo reversed as confirmed the sale made under the decree of the District Coart.